Matter of Estate of Clancy Starks & Waterfront Operations Assoc., LLC v New York State Dept. of Health (2024 NY Slip Op 01439)

Matter of Estate of Clancy Starks & Waterfront Operations Assoc., LLC v New York State Dept. of Health

2024 NY Slip Op 01439

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

231 TP 23-01626

[*1]IN THE MATTER OF THE ESTATE OF CLANCY STARKS AND WATERFRONT OPERATIONS ASSOCIATES, LLC, DOING BUSINESS AS ELLICOTT CENTER FOR NURSING AND REHABILITATION, PETITIONERS,
v
NEW YORK STATE DEPARTMENT OF HEALTH AND JAMES . MCDONALD, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER OF NEW YORK STATE DEPARTMENT OF HEALTH, RESPONDENTS. 

COWART DIZZIA LLP, NEW YORK CITY (JENNIFER NEARY OF COUNSEL), FOR PETITIONERS.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (BRIAN LUSIGNAN OF COUNSEL), FOR RESPONDENTS. 

 Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Mark J. Grisanti, A.J.], entered September 19, 2023) to review a determination of respondents. The determination denied a request for review of the denial of an application for Medicaid benefits submitted on behalf of Clancy Starks. 
It is hereby ORDERED that the determination is unanimously confirmed without costs and the petition is dismissed.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court